The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Michael Paul Reid
    v. Commonwealth of Virginia
    Record No. 0511-15-1
    Opinion rendered by Judge AtLee on
    February 2, 2016

2. Nicholas David Pelloni
    v. Commonwealth of Virginia
    Record No. 0586-15-1
    Opinion rendered by Chief Judge Huff on
    February 2, 2016

3. Christopher Eugene Wilson
    v. Commonwealth of Virginia
    Record No. 0363-15-3
    Opinion rendered by Judge Beales on
    February 9, 2016

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Joseph Louis Paduano
   v. Commonwealth of Virginia
   Record No. 0816-13-3
   Opinion rendered by Judge Annunziata
     on December 30, 2014
   Refused (150204)

2. Julie A. Rubino
   v. Justin Rubino
   Record No. 0595-14-1
   Opinion rendered by Judge Humphreys
     on January 20, 2015
   Dismissed pursuant to Code § 17.1-410 (A)(3) and (B) (150277)

3. Freddy Velez-Suarez
   v. Commonwealth of Virginia
   Record No. 1269-13-4
   Opinion rendered by Judge Alston
     on January 27, 2015
   Refused (150512)

4. Joshua Dadzie Anaman, s/k/a Joshua E. Dadzie-Anaman
   v. Commonwealth of Virginia
   Record No. 2465-13-4
   Opinion rendered by Judge Beales
     on February 24, 2015
   Refused (150468)

5. Andrew Becker, s/k/a Andrew Ira Becker
   v. Commonwealth of Virginia
   Record No. 1611-13-4
   Opinion rendered by Judge Petty
     on March 24, 2015
   Refused (150582)

6. Alexy J. Abdo, a/k/a Alexi J. Abdo
   v. Commonwealth of Virginia
   Record No. 0965-14-4
   Opinion rendered by Judge McCullough
     on March 24, 2015
   Refused (150578)